IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AV NAIL SPA WORTHINGTON PLACE, LLC,** | : : : : : : : : : : : | CASE NO.: 2:23-cv-00078 JUDGE: **DEFENDANTS' NOTICE OF REMOVAL** |
| Plaintiff, | | |
| v. | | |
| **DRP WORTHINGTON LP, et al.,** | | |
| Defendants. | | |

Defendants DRP Worthington LP and Direct Retail Partners, LLC (collectively, "Defendants"), by and through counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of the removal of the above-referenced matter from the Common Pleas Court of Franklin County, Ohio, in which it is now pending, to the United States District Court for the Southern District of Ohio, Eastern Division, and in support thereof, states as follows:

1. On January 5, 2023, Plaintiff AV Nail Spa Worthington Place, LLC ("AV Nail Spa") commenced a civil action against Defendants in the Franklin County Court of Common Pleas, under case number 23 CV 000111 (the "State Court Action"). True and accurate copies of all process and pleadings in the State Court Action are attached hereto, pursuant to 28 U.S.C. § 1446(A).

2. Defendants, through their legal counsel, received from counsel for AV Nail Spa notice of the State Court Action and copies of the State Court Action pleading, via email, on January 6, 2023. This notice of removal is timely filed within thirty (30) days of such notice.

3. Plaintiff AV Nail Spa is an Ohio limited liability company with its principal place of business located at 7227 N. High St., Ste. 108, Worthington, Ohio 43085 (the "Premises"). The

Premises are located at a development known as the "Shops at Worthington Place." AV Nail leases the Premises from Defendant DRP Worthington LP.

4. Defendant DRP Worthington LP is a Texas entity with its principal place of business located at 5310 Harvest Hill Road, Suite 250, Dallas, Texas. DRP Worthington LP serves as landlord of the Shops at Worthington Place. None of the members and owners of DRP Worthington LP are citizens of the state of Ohio.

5. Defendant Direct Retail Partners, LLC is a Texas limited liability company with its principal place of business also located at 5310 Harvest Hill Road, Suite 250, Dallas, Texas. None of the members and owners of Direct Retail Partners, LLC are citizens of the state of Ohio.

6. Complete diversity of citizenship exists for purposes of removal.

7. The basis of the controversy in the State Court Action is DRP Worthington LP's assessment of $197,034.21 in legal fees and expenses as additional rent under the parties' lease, in reliance on section 17.2 of the lease.

8. AV Nail Spa seeks a declaratory judgment in the State Court Action to prevent Defendant DRP Worthington LP from assessing that amount as additional rent and declaring AV Nail Spa in default for failure to timely pay it.

9. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs, and the amount in controversy requirement for removal based on diversity jurisdiction is satisfied.

10. Based on the above, this Court has original subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332, because the Complaint presents a case where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the controversy exists between citizens of different states and citizens or subjects of a foreign state.

11. The United States District Court for the Southern District of Ohio, Eastern Division, is the federal judicial district court with jurisdiction over federal matters in Franklin County, Ohio, where Plaintiff originally filed Plaintiff's Complaint in the State Court Action. Venue is therefore proper under 28 U.S.C. § 102(a)(1) and 1441(a).

12. Defendants will promptly file a notice of filing of notice of removal with the Clerk of Court for the Franklin County, as required by 28 U.S.C. § 1446(d).

13. AV Nail Spa has filed a motion for temporary restraining order in the State Court Action, but Defendants have not been served and the state court has not taken any action on such motion.

14. No further proceedings have commenced in this action in the Common Pleas Court of Franklin County, Ohio.

    Respectfully submitted,

    DINSMORE & SHOHL LLP

    _____
    Matthew J. Bakota (0079830)
    One South Main Street, Suite 1300
    Dayton, Ohio 45402
    (937) 449-6400
    (937) 449-2836 (fax)
    matthew.bakota@dinsmore.com

    Brady R. Wilson (0101533)
    191 W. Nationwide Blvd., Ste. 200
    Columbus, Ohio 43215
    Phone: (614) 628-6880
    Fax:   (614) 628-6890
    Brady.wilson@dinsmore.com