# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AV NAIL SPA WORTHINGTON PLACE, LLC,**

    **Plaintiff,**

    v.

**Case No. 2:23-cv-00078**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**DRP WORTHINGTON LP, et al.,**

    **Defendants.**

## ORDER

By mutual agreement of the parties, as expressed in telephone conference on January 9, 2023, this case is remanded to the Court of Common Pleas, Civil Division Franklin County, Ohio.

**IT IS SO ORDERED.**

**1/9/2023**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**