AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| AV Nail Spa Worthington Place, LLC, <br> *Plaintiff* <br> v. <br> DRP Worthington LP, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:23-cv-78 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 1/9/2023 - By mutual agreement of the parties, as expressed in telephone conference on January 9, 2023, this case is remanded to the Court of Common Pleas, Civil Division Franklin County, Ohio.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 01/09/2023

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk